**EDGE BROADCASTING COMPANY, t/a Power 94, Plaintiff–Appellee,**

v.

**UNITED STATES of America; Federal Communications Commission, Defendants–Appellants.**

**No. 90–2668.**

United States Court of Appeals, Fourth Circuit.

Aug. 25, 1993.

### ORDER

In obedience to the mandate of the Supreme Court of the United States, —— U.S. ——, 113 S.Ct. 2696, 125 L.Ed.2d 345, this case is remanded to the district court for action consistent with the decision of the Supreme Court. With the concurrences of Judge Chapman and Judge Haden.